No. 90–8419.  LAPIDES *v.* CONNECTICUT APPELLATE COURT. C. A. 2d Cir.  Certiorari denied.

No. 90–8420.  NYBERG *v.* BRIERTON ET AL.  C. A. 11th Cir. Certiorari denied.

No. 90–8421.  SAGER *v.* MAASS, SUPERINTENDENT, OREGON STATE PENITENTIARY.  C. A. 9th Cir.  Certiorari denied.

No. 90–8423.  WELCH *v.* UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 90–8424.  HOLSEY *v.* COLLINS ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 90–8425.  SMITH *v.* COLLINS, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 90–8426.  DAVIS *v.* OHIO.  Ct. App. Ohio, Morrow County. Certiorari denied.

No. 90–8427.  CONOVER *v.* SHOVLIN ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 90–8428.  BOLDER *v.* ARMONTROUT, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 90–8429.  CHAPA *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 90–8430.  ODOFIN *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 90–8431.  O'DUSKY, AKA NEAL *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 90–8432.  STEPHENS *v.* MUNCY, WARDEN.  C. A. 4th Cir. Certiorari denied.

No. 90–8433.  WILSON *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 90–8434.  RUIZ *v.* UNITED STATES.  C. A. 11th Cir.  Certiorari denied.